IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ZEPPELIN CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. ET AL.,<br><br>*Defendants*. | CASE NO. 4:23-CV-00454-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Zeppelin Corporation's Notice of Dismissal Without Prejudice (Dkt. #11). After reviewing the notice and the other pleadings on file, the Court finds that the case should be dismissed.

It is therefore ORDERED that, pursuant to Rule 41(a)(1)(A)(i), all claims by Plaintiff Zeppelin against Defendants Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless are dismissed without prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

SIGNED this 29th day of August, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE